# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TRINITY MEADOWS OWNERS ASSOCIATION, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0593-S |
| LANDMARK AMERICAN INSURANCE COMPANY | § § § | |

## ORDER

The parties have announced that this case has been resolved, but they require additional time to finalize the settlement. Accordingly, the Court **ORDERS** that this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to its being reopened upon a motion by any party to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. In light of this Order, the Joint Agreed Motion to Extend the Deadline to File Dismissal Documents [ECF No. 72] is **TERMINATED AS MOOT**.

**SO ORDERED.**

SIGNED January 21, 2025.

*[signature]*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**