# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TRINITY MEADOWS OWNERS ASSOCIATION, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0593-S |
| LANDMARK AMERICAN INSURANCE COMPANY | § § § | |

### ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 74]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the parties' Stipulation.

In light of the Stipulation, all claims that each party asserts, or could have asserted, in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED February 10, 2025.

*Karen Gren Scholer*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**